**2007–0907.   State ex rel. Fuller v. Deters.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–0913.   State ex rel. Schuholz v. Hamilton Cty. Court of Common Pleas.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–0925.   State ex rel. Clark v. Krichbaum.**

In Mandamus. On motion for judgment on the pleadings and answer of respondent of Judge R. Scott Krichbaum, motion to dismiss of William Mooney and Robert Lane, and relator's motion to stay the proceedings. Motion to stay denied. Motions for judgment on the pleadings and to dismiss granted. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER and CUPP, JJ., concur.

O'DONNELL, J., dissents and would grant an alternative writ.

**2007–0928.   Williams v. Unknown Warden.**

In Habeas Corpus. On petition for writ of habeas corpus of Vincent D. Williams. Sua sponte, cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–0935.   State ex rel. Grundstein v. Celebrezze.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–0940.   State ex rel. Clarke v. Gallagher.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–0947.   Watson v. Wolfe.**

In Habeas Corpus. On petition for writ of habeas corpus of James R. Watson Jr. Sua sponte, cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–1014.   Persichino v. Lamneck.**

In Habeas Corpus. On petition for writ of habeas corpus of Alex Persichino. Sua sponte, cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–1040.   State ex rel. Radvansky v. Cooper.**

In Procedendo and Prohibition. On relator's complaint in procedendo/prohibition and motion for stay and respondents' motion to dismiss. Motion for stay denied. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2004–1163.   State v. Johnson.**

Guernsey C.P. No. 03–CR–116. On application for reopening under S.Ct.Prac.R. XI(6). Application denied.

**2006–1174.   United Tel. Credit Union, Inc. v. Roberts.**

Franklin App. Nos. 05AP–827 and 05AP–870, 2006-Ohio-2198. On motion of Kenneth A. Roberts, Acting Superintendent of Credit Unions, for leave to file post-argument notice to correct misstatement at argument. Motion granted. Roberts shall file his notice of misstatement within ten days from the date of this entry. No response to the notice is permitted.

CUPP, J., dissents.